IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Randall Gregory; Cynthia Gregory; The King County Treasurer; Boeing Employees' Credit Union; JP Morgan Chase Bank, N.A.; Lornty Investment Company,<br><br>　　　　Defendants. | Case No. 2:24-cv-01641-RSL<br><br>**Disclaimer of Interest and Stipulation of Dismissal** |

　　Plaintiff the United States and Defendant Lornty Investment Company ("Lornty"), hereby stipulate to the dismissal of Lornty as follows:

　　1.　The United States commenced this action on October 9, 2024, and named Lornty as a defendant pursuant to 26 U.S.C. § 7403(b) because the United States believed Lornty may claim an interest in the real property at issue this action located at 18605 SE 307th Lane, Kent, WA 98042 ("Subject Property"), APN: 072106-9022, described more particularly at ¶¶ 12-14 of the Complaint (Dkt. 1).

　　2.　Lornty was named as a defendant in this action solely to fulfill the requirements of 26 U.S.C. § 7403(b) as an entity that may claim an interest in the Subject Property.

Disclaimer of Interest and Stipulation of Dismissal
CASE NO. 2:24-CV-01641-RSL

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6632

3. Lornty was served with the complaint and summons on October 24, 2024. (Dkt. 15).

4. Lornty has not answered, otherwise responded, or filed a summary judgment motion to the United States' complaint in this action. *See* Docket Generally.

5. Lornty hereby disclaims any right, title, or interest in the Subject Property.

6. The United States and Lornty agree to bear their own costs and fees related to this litigation, including any possible attorney's fees.

7. Accordingly, the United States and Lornty stipulate to Lornty's dismissal without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i) and respectfully request an order confirming the foregoing.

//
//
//
//
//
//
//
//
//
//
//
//
//
//

Disclaimer of Interest and Stipulation of Dismissal
CASE NO. 2:24-CV-01641-RSL

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6632

WHEREFORE,

A. Lornty, having no right, title, or interest in 18605 SE 307th Lane, Kent, WA 98042, is dismissed from this action pursuant to Rule 41(a)(1)(A).

B. The United States and Lornty shall each bear their own costs and attorney's fees in connection with this case.

Respectfully submitted this 9th day of December, 2024.

Dated: 9th day of December, 2024.

DAVID A. HUBBERT
Deputy Assistant Attorney General

TIMOTHY J. HUETHER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
202-307-2124
202-307-0054 (Fax)
Timothy.Huether@usdoj.gov
Western.Taxcivil@usdoj.gov
*Counsel for the United States*

Dated: 5th day of December, 2024.

SHANE O'CONNELL
Lornty Investment Company
7505 SE 28th St. #001
Mercer Island, WA, 98040-2701
*President & Owner, Lornty Investment Company*

Dated: December 10, 2024.
IT IS SO ORDERED.

Robert S. Lasnik
UNITED STATES DISTRICT JUDGE

Disclaimer of Interest and Stipulation of Dismissal
CASE NO. 2:24-CV-01641-RSL                    3

U.S. DEPARTMENT OF JUSTICE
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6632