UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RANDALL GREGORY;<br>CYNTHIA GREGORY;<br>THE KING COUNTY TREASURER;<br>BOEING EMPLOYEES' CREDIT UNION;<br>JP MORGAN CHASE BANK, N.A.;<br>LORNTY INVESTMENT COMPANY;<br><br>    Defendants. | Case No. 2:24-cv-01641-RSL<br><br>**ORDER GRANTING STIPULATED MOTION REGARDING LIEN PRIORITY BETWEEN THE UNITED STATES AND THE KING COUNTY TREASURER** |

**ORDER**

Plaintiff, the United States, and Defendant, the King County Treasurer ("County"), have jointly filed a Stipulated Motion regarding Lien Priority between the United States and the King County Treasurer (Dkt. # 24) with regard to the real property at issue in this action ("Subject Property").

In consideration of the parties' Stipulated Motion and for good cause shown, the Court ORDERS:

1. The Stipulated Motion between the United States and the County is hereby GRANTED;

Order
(Case No. 2:24-cv-01641-RSL)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-307-6632

2. The Subject Property is more particularly described as follows:

PARCEL A: LOT 4 OF KING COUNTY SHORT PLAT NO. 980049R, ACCORDING TO THE SHORT PLAT RECORDED UNDER KING COUNTY RECORDING NO. 8010060523, RECORDS OF KING COUNTY, WASHINGTON.

PARCEL B: AN EASEMENT FOR INGRESS AND EGRESS AS DELINEATED ON SHORT PLAT NO. 980049R; EXCEPT ANY PORTION LYING WITHIN PARCEL A ABOVE.

BOTH SITUATE IN THE COUNTY OF KING, STATE OF WASHINGTON;

3. The County agrees to be bound by the judgment in this case, which shall incorporate the terms of the Stipulated Motion;

4. The County's interest in the Subject Property, by virtue of liens for unpaid real property taxes, if any, against the Subject Property, are senior to and shall have priority over the United States' federal tax liens identified in paragraph 5 of the Stipulated Motion; and

5. The United States and the County shall each bear their own costs and attorney's fees, except the costs incurred in selling the Subject Property, which are to be reimbursed from the proceeds of the sale of the Subject Property prior to satisfying the outstanding liens on the Subject Property.

IT IS SO ORDERED.

Dated this 27th day of February, 2025.

*[signature]*

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Order
(Case No. 2:24-cv-01641-RSL)

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-307-6632