UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RANDALL GREGORY;<br>CYNTHIA GREGORY;<br>THE KING COUNTY TREASURER;<br>BOEING EMPLOYEES' CREDIT UNION;<br>JPMORGAN CHASE BANK, N.A.;<br>LORNTY INVESTMENT COMPANY;<br><br>　　　　Defendants. | Case No. 2:24-cv-01641-RSL<br><br>**ORDER GRANTING STIPULATED MOTION REGARDING LIEN PRIORITY BETWEEN THE UNITED STATES AND JPMORGAN CHASE BANK, N.A.** |

　　　　Plaintiff, the United States, and Defendant, JPMorgan Chase Bank, N.A., have jointly filed a Stipulated Motion regarding Lien Priority between the United States and JPMorgan Chase Bank, N.A. ("Stipulated Motion") (Dkt. # 28) with regard to the real property at issue in this action ("Subject Property").

　　　　In consideration of the parties' Stipulated Motion and for good cause shown, the Court ORDERS:

　　　　1.　　The Stipulated Motion between the United States and JPMorgan Chase Bank, N.A. is hereby GRANTED;

Order
(Case No. 2:24-cv-01641-RSL)　　　　1　　　　**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-307-6632

2. The Subject Property is more particularly described as follows:

PARCEL A: LOT 4 OF KING COUNTY SHORT PLAT NO. 980049R, ACCORDING TO THE SHORT PLAT RECORDED UNDER KING COUNTY RECORDING NO. 8010060523, RECORDS OF KING COUNTY, WASHINGTON.

PARCEL B: AN EASEMENT FOR INGRESS AND EGRESS AS DELINEATED ON SHORT PLAT NO. 980049R; EXCEPT ANY PORTION LYING WITHIN PARCEL A ABOVE.

BOTH SITUATE IN THE COUNTY OF KING, STATE OF WASHINGTON;

3. JPMorgan Chase Bank, N.A. agrees to be bound to a judgment related to the Subject Property, which might be entered in this case, to the extent such judgment is consistent with the terms of this Stipulated Motion;

4. JPMorgan Chase Bank, N.A.'s lien in the Subject Property, by virtue of a Deed of Trust recorded on August 9, 2005, is senior to and shall have priority over the United States' federal tax liens identified in paragraph 5 of the Stipulated Motion; and

5. The United States and JPMorgan Chase Bank, N.A. shall each bear their own costs and attorney's fees, except the costs incurred in selling the Subject Property, which are to be reimbursed from the proceeds of the sale of the Subject Property prior to satisfying the outstanding liens on the Subject Property.

IT IS SO ORDERED.

Dated this 10th day of March, 2025.

*[signature: M S Lasnik]*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Order
(Case No. 2:24-cv-01641-RSL)

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-307-6632